84 A.3d 700

Ex rel Azariah QUARRELLS, Non Resident Alien Neutral Travelor [sic] Petitioner Respondent Aggrieved Party Special Appearance, Petitioner

v.

City of Philadelphia Police Commissioner Charles RAMESEY [SIC], Respondent.

No. 180 EM 2013.

Supreme Court of Pennsylvania.

Jan. 28, 2014.

## ORDER

PER CURIAM.

AND NOW, this 28th day of January, 2014, the Application for Extraordinary Relief is DENIED.